# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
May 31 2018
Clerk, U.S. District Court
Western District of Texas

CR

Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § <br> § CASE NUMBER: **EP:18-M -03714(1)** <br> § USM Number**:** |
| vs. | § |
| **(1) FELIPE ROSARIO-FARARONI** | § |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
**(For A Petty Offense)** - Short Form

The defendant, Felipe Rosario-Fararoni, was represented by counsel, Thomas D. Carter IV.

The defendant pled guilty to the complaint on **May 31, 2018.** Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | May 23, 2018 |

As pronounced on May 31, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 31st day of May, 2018.

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

## United States District Court
### Western District of Texas
### El Paso Division

FILED
May 29, 2018
Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **Case Number: EP:18-M -03714(1) ATB** |
| § | |
| **(1) FELIPE ROSARIO-FARARONI** § | |
| § | |
| *Defendant* | |

## ORDER SETTING MISDEMEANOR ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MISDEMEANOR ARRAIGNMENT in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**Thursday, May 31, 2018, at 08:30 AM**

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this **May 29, 2018.**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
**Western District of Texas**
**El Paso Division**

FILED
May 29 2018
Clerk, U.S. District Court
Western District of Texas

By: _____*CR*_____
Deputy

**UNITED STATES OF AMERICA**              §
                                          §
vs.                                       §   No:  EP:18-M -03714(1)
                                          §
**(1) FELIPE ROSARIO-FARARONI**           §
                                          §

*Defendant*

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Thomas D. Carter IV, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 29th day of May, 2018.

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
05/29/2018
Clerk, U.S. District Court
Western District of Texas

CR

Deputy

| | |
|---|---|
| **USA** § | |
| § | CRIMINAL COMPLAINT |
| vs. § | CASE NUMBER: **EP:18-M -03714(1)** |
| § | |
| **(1) FELIPE ROSARIO-FARARONI** § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 23, 2018** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officersin violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: ***"The Defendant, Felipe ROSARIO-Fararoni, an alien to the United States and a citizen of Mexico, claims to have entered the United States from the Republic of Mexico on May 23, 2018, approximately 45 miles east of the Fort Hancock Port of Entry near Sierra Blanca, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers."***

Continued on the attached sheet and made a part hereof:  **X** Yes  ☐ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Munoz, Saul
Border Patrol Agent

05/29/2018                                at    EL PASO, Texas
Date                                              City and State

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE                    Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

**WESTERN DISTRICT OF TEXAS**

**(1) FELIPE ROSARIO-FARARONI**

FACTS   (CONTINUED)

**Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

The Defendant, Felipe ROSARIO-Fararoni, an alien to the United States and a citizen of Mexico, claims to have entered the United States from the Republic of Mexico on May 23, 2018, approximately 45 miles east of the Fort Hancock Port of Entry near Sierra Blanca, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers.

IMMIGRATION HISTORY:

**NONE**

CRIMINAL HISTORY:

**NONE**

# United States District Court
## Western District of Texas
## El Paso Division

FILED
05/29/2018

Clerk, U.S. District Court
Western District of Texas

By: *CR*
Deputy

USA §
§
vs. § Case Number:   EP:18-M -03714(1)
§
(1) FELIPE ROSARIO-FARARONI § * 8 USC 1325(a)(1)
*Defendant*

## INITIAL APPEARANCE

On **May 29, 2018**, the defendant appeared in Open Court before U.S. Magistrate Judge ANNE T. BERTON.  The defendant affirmed being the person named in the charging document.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.

2) The right to retain counsel or to request the assignment of counsel if he/she is unable to obtain counsel.

3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.

4) The right to a preliminary examination if not indicted.

5) The right to consideration of bail.

6) The right to have the government or a federal law enforcement official notify a consular officer from his/her home country of nationality of the arrest.

**Attorney**

( X )   **CJA  Thomas D. Carter IV  (915) 500-4236**

**Next Hearing Date/Time**

( X )   **MISDEMEANOR ARRAIGNMENT   May 31, 2018  at  08:30 AM**

**525 Magoffin Avenue**, El Paso, TX 79901        Magistrate Courtroom, Room 412

**Bond**

( X )   Bond set at:  **$10K  C/CS**

**Interpreter Needed:**          **Interpreter:Spanish**          **Record FTR Gold**

**Time:**              **( 0 minutes)**      **Arrest Date:**
Arresting Agency:   El Paso Sector Border Patrol - Munoz, Saul
Courtroom Deputy: Cecilia Rodriguez - 915/834-0534