# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

**FILED**
May 31 2018
Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NUMBER: **EP:18-M-03714(1) ATB** |
| vs. | § USM Number: |
| | § |
| (1) FELIPE ROSARIO-FARARONI | § |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Felipe Rosario-Fararoni, was represented by counsel, Thomas D. Carter IV.

The defendant pled guilty to the complaint on May 31, 2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | May 23, 2018 |

As pronounced on May 31, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this day, May 31, 2018.

Executed: 05/31/2018
By: _____
United States Marshal Service

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE